**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles R. BURNS, Defendant–
Appellant.**

No. 13–6080.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 4, 2013.

Charles R. Burns, Appellant Pro Se.
William A. Brafford, Assistant United
States Attorney, Robert John Gleason, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before SHEDD, DIAZ, and
THACKER, Circuit Judges.

Affirmed in part and dismissed in part
by unpublished PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Charles R. Burns seeks to appeal the
district court's order granting in part and
denying in part his motions for reduction
of sentence under 18 U.S.C. § 3582(c)(2)
(2006), and denying relief on his 28
U.S.C.A. § 2255 (West Supp.2012) motion.
We have reviewed the district court's partial denial of Burns' § 3582(c)(2) motion
and find no reversible error. Accordingly,
we affirm the district court's order in part
for the reasons stated by the district court.

*United States v. Burns,* Nos. 3:09–cr–
00234–FDW–2; 3:12–cv–00388–FDW
(W.D.N.C. Jan. 2, 2013).

The district court's order denying relief
on Burns' § 2255 motion is not appealable
unless a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell,* 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931, (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debatable, and that the motion states a debatable
claim of the denial of a constitutional right.
*Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Burns has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal in part. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED
IN PART.*